**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

**ESMAT ZAKLAMA, in his individual capacity and as an assignee of ZAKLAMA'S IRREVOCABLE TRUST,**

**Plaintiff,**

**v.**

**FRANK M. LEANZA, JAMES CAVIELLO, TOWNSHIP OF GUTTENBERG, Mayor, Police Department, ANTHONY CASPER, ROBERT ROGER, JR., and DOES 1-50, Inclusive,**

**Defendants.**

03-CV-3610 (WJM)

**ORDER**

This matter having come before the Court on defendants' Motion for Summary Judgment, the Court having considered the parties' submissions and plaintiffs' other actions filed before this Court, and for the reasons stated in the accompanying Opinion, and for good cause shown,

**IT IS** on this 18th day of April 2005, hereby

**ORDERED** that defendants' Motion for Summary Judgment is **GRANTED**; it is further

**ORDERED** that plaintiffs' complaint be **DISMISSED WITH PREJUDICE** in its entirety; it is further

**ORDERED** that the defendants' request for reasonable attorney's fees pursuant to 42 U.S.C. § 1988(b) is **GRANTED**; and it is further

**ORDERED** that the defendants submit appropriate papers documenting their reasonable attorney's fees no later than twenty (20) days from today, and that plaintiffs will then have twenty (20) days to file papers in opposition thereto.

s/ William J. Martini
**William J. Martini, U.S.D.J.**